**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**

(Dated as of Entered on Docket date above)

_____

Form ounclfda (01/09/20)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Shannon Joy Greydanus

    Debtor(s).

Case Number: 19–13952–TWD
Chapter: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On November 20, 2020; an application was filed for the Claimant(s), Shannon Joy Greydanus, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entilted to the unclaimed funds, accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, sum of $2,823.10 held in unclaimed funds be made payable to Shannon Joy Greydanus.

The Clerk will disburse these funds immediately.